**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JOSEPH GEORGE BRIMMEIER, III, | : | No. 104 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 257 M.D. |
| | : | 2016 dated September 19, 2016. |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA TURNPIKE | : | |
| COMMISSION, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                   **DECIDED:  May 25, 2017**

AND NOW, this 25th day of May, 2017, the order of the Commonwealth Court of

Pennsylvania is hereby **AFFIRMED.**

Justice Wecht did not participate in the consideration or decision of this case.